UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TIA GRIFFIN,<br><br>                    Plaintiff,<br><br>     v.<br><br>BENEFICIAL IN HOME CARE,<br><br>                    Defendant. | NO:  13-CV-0047-TOR<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT |

BEFORE THE COURT is Plaintiff's Motion for Default Judgment (ECF No. 7).  This matter was submitted for consideration without oral argument.  The Court has reviewed the briefing and the record, and is fully informed.

The record reflects that the instant motion was filed prior to the date on which service of process was formally completed via Defendant's timely-executed waiver of service.  *See* ECF No. 11.  Defendant's answer, which was filed prior to the date on which Defendant formally waived service, is timely.  Accordingly, Plaintiff's motion for default judgment is denied.

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT ~ 1

**IT IS HEREBY ORDERED:**

Plaintiff's Motion for Default Judgment (ECF No. 7) is **DENIED**.

The District Court Executive is hereby directed to enter this Order and provide copies to Plaintiff and Defendant's counsel.

**DATED** July 1, 2013.



THOMAS O. RICE
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT ~ 2